## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:11-cv-00920-JVS (RNBx)<br>8:11-cv-01481-JVS (RNBx)<br>**8:11-cv-01614-JVS (RNBx)**<br>8:11-cv-01674-JVS (RNBx)<br>8:11-cv-01729-JVS (RNBx)<br>8:12-cv-00074-JVS (RNBx)<br>8:12-cv-00507-JVS (RNBx)<br>8:12-cv-00529-JVS (RNBx)<br>8:12-cv-00598-JVS (RNBx) | Date | June 14, 2012 |

Title    Network Signatures Inc v. Anheuser-Busch Companies Inc
         Network Signatures Inc v. The Coca-Cola Company
         **Network Signatures Inc v. Nestle USA Inc**
         Network Signatures Inc v. Aetna Inc
         Network Signatures Inc v. General Mills Inc
         Network Signatures Inc v. The Gap Inc
         Network Signatures, Inc v. Purdue Pharma L.P.
         Network Signatures Inc v. ConocoPhillips Company
         Network Signatures Inc v. Humana Inc

Present: The Honorable    James V. Selna

| Adrianna Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBER) Order to Show Cause re Stay of Proceedings

      On June 14, 21012, the Court granted summary judgment in favor of the defendant in Network Signatures, Inc. v. State Farm Mutual Automobile Insurance Company, SACV 11-0982 JVS (RNBx) (Docket No. 51). In part, the Court held that U.S. Patent No 5,511,122 ("'122 Patent") was invalid based on the inequitable conduct of Network Signature Inc.'s ("Network Signatures") licensor. (Docket No. 51, p. 19.)

      The '122 Patent is asserted in each of the above listed cases. The

Court's ruling in <u>State Farm</u> would appear to be equally dispositive of the claims in these cases.

The Court orders the parties to show cause in writing within ten days why these cases should not be stayed pending the Federal Circuit's disposition of Network Signature's anticipated appeal in <u>State Farm</u>. The Court will conduct a hearing at 10:00 a.m on July 2, 2012. A failure to file a response will be deemed acquiescence in the Court's proposed course of action.

For their information, the Court is sending a copy to other judges who are presiding over similar Network Signature cases.

In the interim, all proceedings are stayed.

cc:
| Judge | Case No. | Case Name |
|---|---|---|
| Judge Guilford | 8:12-cv-00495-AG (ANx) | Network Signatures Inc v. Time Warner Cable Inc |
| | 8:12-cv-00497-AG (ANx) | Network Signatures Inc v. Tyson Foods, Inc |
| Judge Carney | 8:11-cv-01205-CJC (MLGx) | Network Signatures Inc v. Staples Inc |
| | 8:11-cv-01964-CJC (RNBx) | Network Signatures Inc v. Wellpoint Inc |
| Judge Pregerson | 8:11-cv-01483-DDP (RNBx) | Network Signatures Inc v. Novartis Corporation |
| Judge Tucker | 8:12-cv-00569-JST (RNBx) | Network Signatures Inc v Chevron Corporation |
| Judge Otero | 2:11-cv-10663-SJO (RNBx) | Network Signatures Inc v. Safeway Inc |
| Judge Pfaelzer | 8:12-cv-00140-MRP (MLGx) | Network Signatures, Inc. v. Comcast Corporation |

|  | 00 : 0 |
|---|---|
| Initials of Preparer | ag |